AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| THOMAS DOUGHTY, individually and on behalf of | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:24-cv-01190-DII |
| BRIGHT SOLAR MARKETING, LLC | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Thomas Doughty.

Date: 01/14/2025

/s/ Joshua H. Eggnatz
*Attorney's signature*

Joshua H. Eggnatz (FBN: 0067926)
*Printed name and bar number*

EGGNATZ | PASCUCCI
7450 Griffin Rd, Ste. 230
Davie, FL 33314
*Address*

JEggnatz@JusticeEarned.com
*E-mail address*

(954) 889-3359
*Telephone number*

(954) 889-5913
*FAX number*