UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Thomas Doughty | § |
| | §    CRIMINAL NO: |
| vs. | §    AU:24-CV-01190 |
| | § |
| Bright Solar Marketing, LLC, Freedom Forever, LLC | § |

# ORDER CANCELLING IPTC BY WEBEX

    IT IS HEREBY ORDERED that the above entitled and numbered case having been set for **IPTC BY WEBEX on Wednesday, April 09, 2025 at 09:30 AM is hereby CANCELLED until further order of the court**.

    IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this change.

    IT IS SO ORDERED this 31st day of March, 2025.

_____
MARK LANE
UNITED STATES MAGISTRATE JUDGE